IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE J. MADISON,

        Petitioner,               21cv0896

                                  ELECTRONICALLY FILED

    v.

MICHAEL CLARK *SCI - Albion Superintendent,* THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, DISTRICT ATTORNEY OF WASHINGTON COUNTY,

        Defendants.

## ORDER OF COURT RE: AMENDED PETITION FOR WRIT OF HABEAS CORPUS (DOC. NO. 5) AND UNITED STATES MAGISTRATE JUDGE MAUREEN P. KELLY'S REPORT AND RECOMMENDATION (DOC. NO. 24)

Presently before this Court is Petitioner's Amended Petition for Writ of Habeas Corpus. Doc. No. 5. On January 21, 2022, United States Magistrate Judge Maureen P. Kelly issued a Report and Recommendation and recommended to this Court that it deny the Amended Petition for Writ of Habeas Corpus by *sua sponte* dismissing Count One, granting the Motion to Dismiss as to Counts Two and Three, and denying a Certificate of Appealability. Doc. No. 24. Objections to the Report and Recommendation were due to be filed on or before February 7, 2022. Id. A copy of the Report and Recommendation were sent to Petitioner at his address of record via first class mail. No objections have been received. After consideration of the

Amended Petition for Writ of Habeas Corpus and United States Magistrate Judge Kelly's Report and Recommendation, the following Order is entered:

AND NOW, this 29th day of April, 2022, IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is Denied as Moot as to Count One, and Granted as to Counts Two and Three; and therefore, the Report and Recommendation (Doc. No. 24) is **ADOPTED AS THE OPINION OF THIS COURT;**

2. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. No. 5) is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. The Clerk of Court shall mark this **CASE CLOSED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All Registered ECF Counsel and Parties

**LAWRENCE J. MADISON**
QD0243
SCI Albion
10745 Route 18
Albion, PA 16475